UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAMONA YEAGER, | ) | Criminal No. 14-291 |
| | ) | |
| Defendant. | ) | |

**MOTION TO ADOPT MOTION TO CONTINUE**

COMES NOW, the Defendant, Ramona Yeager, by and through her attorney, Dennis J. Knizley, and joins and adopts the Motion to Continue filed by Defendant Kim Hastie on December 23, 2014.

WHEREFORE, premises considered, the Defendant Ramona Yeager respectfully moves to continue this case consistent with the prayer for relief in the above-referenced case.

/s/ Dennis J. Knizley
Attorney for the Defendant
7 N Lawrence Street
Mobile, AL 36602

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
Christopher Bodnar, AUSA
Gregory Bordenkircher, AUSA

/s/ Dennis J. Knizley