UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **RAMONA YEAGER,** ) | Criminal No. 14-291 |
| ) | |
| Defendant. ) | |

## MOTION TO ADOPT MOTION TO RECONSIDER THE COURT'S ORDER GRANTING THE GOVERNMENT'S MOTION IN LIMINE CONCERNING THE TESTIMONY OF DR. SEMOON CHANG

COMES NOW the Defendant, Ramona Yeager, by and through her attorney, Dennis J. Knizley, and joins and adopts the Motion to Reconsider the Court's Order Granting the Government's Motion in Limine Concerning the Testimony of Dr. Semoon Chang filed by Defendant Kimberly Hastie on March 24, 2015.

/s/ Dennis J. Knizley
Attorney for the Defendant
7 N Lawrence Street
Mobile, AL 36602

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Bodnar, AUSA
Gregory Bordenkircher, AUSA

/s/ Dennis J. Knizley