

NEIL L. HANLEY
ATTORNEY
NHLAWOFFICE@GMAIL.COM

# HANLEY
LAW FIRM
158 CONGRESS ST. MOBILE, AL 36603

N. STEWART HANLEY
ATTORNEY
HANLEYLAWFIRM@GMAIL.COM

April 6, 2015

Hon. Gregory A. Bordenkircher
Assistant U.S. Attorney
63 South Royal Street, Suite 600
Mobile, AL 36602

RE:   United States of America vs. Kimberly Smith Hastie, et al.
      Case No: 14-00291-CG

Dear Greg:

I am enclosing four (4) State of Alabama Attorney General Opinions. The Alabama Attorney General is required pursuant to Section 36-15-1, Code of Alabama 1975, to give these opinions. The Attorney General is also required by the Section 36-15-1 (3) Code of Alabama 1975, to post these opinions on the internet and to send electronic copies of the opinions to any public official who requests them.

All of these opinions stand for the legal proposition that a public body or government entity may spend public funds when a public purpose is served by the expenditure. I assume that your theory in this case is that the work completed and fees paid to Strateco and Strategy were for Mrs. Hastie's personal and political gain and not for a public purpose.

However, the jury is entitled to know that it is entirely legal and actually very common for a government or public organization to expend public funds to lobby and/or educate the public on a public issue. Hundreds of Alabama public offices utilize lobbyists and media consultants. A recent and local example of this when an Education Association in Baldwin County spent $200,000.00 in their failed effort to raise property taxes in order to fund the schools. The Alabama State Auditor questioned the legality of the expenditure but the Alabama Attorney General, Luther Strange, publically announced that the expenditure was legal and proper.

We intend to introduce theses opinions through Tyler Pritchett, the License Commission attorney who researched this issue and advised Mrs. Hastie on the issue.

TEL:(251) 432-5579  *  FAX: (251) 432-5507
WWW.HANLEYLAWMOBILE.COM

April 6, 2015
Page 2

We also intend to question legislators, lobbyists and media consultants concerning this issue and these opinions.

Truly yours,

Neil L. Hanley

NLH/cnd
Enclosures