**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 14-00291-CG** |
| | ) | |
| **KIMBERLY SMITH HASTIE and** | ) | |
| **RAMONA MCARDLE YEAGER** | ) | |

**UNITED STATES' MOTION FOR PRODUCTION OF DEFENSE WITNESS LIST**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves that the defendants provide the United States a complete list of potential defense witnesses identified during jury selection, before the close of business on May 19, 2015.  The Court has ordered that "if the Government contends that any of the potential witnesses named by the defense during the jury selection process are unindicted co-conspirators, it must notify the defense of its position no later than close of business on May 19, 2015."  Doc. 226 at 3.  The United States does not have a complete list of such potential witnesses, given the speed with which the names of the numerous potential defense witnesses were read by the defendants.  The United States needs to know the identities of all potential witnesses named by the defendants before notifying the defendants of the United States' position concerning the Court's order.

Thus, to comply with the Court's order, the United States respectfully asks that the defendants provide the United States a complete list of potential defense witnesses identified during jury selection, before the close of business on May 19, 2015.

1

Respectfully submitted on May 18, 2015.

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: /s/ GREGORY A. BORDENKIRCHER
Gregory A. Bordenkircher (BORDG3301)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

By: /s/ SINAN KALAYOGLU
Sinan Kalayoglu (kalas9469)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record for the defendants.

/s/ GREGORY A. BORDENKIRCHER
Gregory A. Bordenkircher
Assistant United States Attorney

/s/ SINAN KALAYOGLU
Sinan Kalayoglu
Assistant United States Attorney